# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW CARELLO, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 1:18-cv-01089 |
| v. ) | Honorable Ronald A. Guzman |
| ) | |
| MOLEX EMPLOYEES FEDERAL CREDIT ) | |
| UNION, a federal credit union, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff MATTHEW CARELLO voluntarily dismisses the above-captioned action *without* prejudice.

Respectfully submitted,
**MATTHEW CARELLO**

Karl W. Roth, Esq.
One of Plaintiff's Attorneys

Karl W. Roth, Esq. (IL Bar ID #6275808)
William P. Foley (IL Bar ID #6294672)
ROTH LAW GROUP LLC
150 N. Michigan Ave., Suite 800
Chicago, Illinois 60601-7585
Phone: (312) 419-9599
Facsimile: (312) 419-9559
kwr@rothlawgroup.com
wpf@rothlawgroup.com
Scott J. Ferrell, Esq.
Victoria Knowles, Esq.

Pacific Trial Attorneys
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Phone: (949) 706-6464
Fax: (949) 706-6469
sferrell@pacifictrialattorneys.com
vknowles@pacifictrialattorneys.com
*Counsel for Plaintiff*